UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN SKEENE,

                           Plaintiff,

    -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT P.O. NICHOLAS
BEAKS, and JOHN DOE #1 believed to be a
member of the New York City Police Department,
in their official and individual capacities,

                         Defendants.
-----------------------------------------------------------X

JUDGMENT
14-CV- 6054 (ENV)

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 7, 2016, granting Defendants' motion to dismiss; and dismissing the complaint is in its entirety; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
          March 08, 2016

                                          Douglas C. Palmer
                                          Clerk of Court

                             by:    */s/ Janet Hamilton*
                                          Deputy Clerk